IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
United States Magistrate Judge Gudrun Rice

Criminal Action No. 08-po-00015-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES M. KEATING,

    Defendant.

## MOTIONS AND TRIAL ORDER

This matter came before the Court for initial appearance on June 03, 2008. A not guilty plea was entered, and a trial was requested. Accordingly,

**IT IS HEREBY ORDERED** that this matter is set for a trial to the Court commencing on **August 26, 2008 at 11:00 a.m.** before Magistrate Judge Gudrun J. Rice at U.S. Courthouse, Wayne Aspinall Federal Building, 400 Rood Avenue, Room 323, Grand Junction, Colorado, 81501. The provisions of Fed. R. Crim. P. 16 shall be followed by the prosecution and the defense. The Court finds that it is necessary to require the parties to submit to the Court on the first day of the trial the following documents and materials so that the trial can proceed in an organized and efficient manner.

**IT IS ORDERED**, that all motions in this case be filed on or before **July 29, 2008**.

**IT IS ORDERED**, that all responses to motions in this case be filed on or before **August 8, 2008**.

**IT IS FURTHER ORDERED**, that a motions hearing be scheduled on **August 11, 2008 at 11:00 a.m.** in the United States District Court, Grand Junction, Colorado which is **no later than two (2) weeks before trial**.

The Court further **ORDERS** that each party provide the Court with the following documents and materials at the beginning of the trial:

1. An original typewritten witness list in alphabetical order plus two (2) copies;

2. An original typewritten exhibit list plus two (2) copies:

    a. Trial exhibits shall be pre-marked before the trial. The government shall use numbers and the defense shall use letters;

    b. Parties are to meet and exchange their pre-marked exhibits before the beginning of the trial.

    c. Parties are to pre-determine the designation of any exhibit which is endorsed by more than one party in order to avoid duplication of exhibits;

    d. The original trial exhibits by each party shall be used by the witnesses and a copy of the exhibits by each party shall be provided to the Court at the beginning of the trial;

    e. Trial exhibits from each party shall be placed into notebooks including the Court's copy of the exhibits <u>unless</u> the exhibit is incapable of being placed in a notebook; and,

    f. Any exhibit which consists of multiple pages shall have each page numbered for ease of the witness and clarity of the record.

3. An original typewritten list plus one (1) copy of objections to those exhibits any party has to their opponent's exhibits. These objections shall state in a clear and concise fashion the evidentiary grounds for the objection and the legal authority supporting such objection. If the authority is the Federal Rules of Evidence cite the rule number or if the authority is case law provide the Court with a copy of such case.

4. An original typewritten list of witnesses' scheduling problems indicating times of such witnesses' availability during the trial.

5. An original typewritten stipulation plus two (2) copies of those exhibits which can be admitted into evidence by agreement of the parties.

6. An original typewritten stipulation plus two (2) copies of any facts that can be stipulated to by the parties.

7. An original typewritten list of any facts that a party is requesting that this Court take

judicial notice.

8. An original typewritten list of any unique terms that will be used during the trial in alphabetical order (examples: medical, commercial, and scientific terms).

9. Parties shall submit an original and one copy of their legal briefs on the first day of trial. The legal briefs shall not exceed 10 pages.

It is further **ORDERED** that, in accordance with Rule 17 of the Federal Rules of Criminal Procedure the clerk will issue a blank subpoena to the party requesting it. Upon defendant's ex parte application a subpoena will issue for a named witness if the defendant shows an inability to pay the witness's fees and the necessity of the witness's presence for an adequate defense. If the court orders a subpoena to be issued, the process costs and witness fees will be paid in the same manner as those paid for witnesses the government subpoenas.

It is further **ORDERED** that a Notice of Disposition shall be filed with the Clerk of the Court no later than 7 days before the date set for trial **AND** a copy shall be provided to the magistrate judge's chambers by email in a Word or Word Perfect attachment.

DATED: June 06, 2008

BY THE COURT:

s/ Gudrun J. Rice

Gudrun J. Rice
United States Magistrate Judge

## Certificate of Mailing

I hereby certify that on June 06, 2008, a true and correct copy of the foregoing Order was placed in the U. S. Mail, postage prepaid, or hand delivered, as indicated, to the following:

| | |
|---|---|
| Wyatt Angelo<br>Dondi Osborne<br>Assistant United States Attorneys<br>402 Rood Avenue, Suite 220<br>Grand Junction, CO 81502 | James M. Keating<br>P.O. Box 776373<br>Steamboat Springs, CO 80477 |
| *Hand Delivered* | *U.S. Mail* |

By:_____
   **Assistant to Magistrate Judge**