IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
United States Magistrate Judge Gudrun Rice

Criminal Action No. 08-po-00015-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES M. KEATING,

    Defendant.

## ORDER

This matter came on for a trial to the Court on September 23, 2008 in the United States District Court for the District of Colorado in Grand Junction, Colorado. The government was represented by Wyatt Angelo, Assistant U.S. Attorney. The Defendant James Keating appeared *pro se*.

Having considered the testimony of the witnesses and the evidence submitted at trial and having taken judicial notice of certain facts, I make the following findings of fact:

### FINDINGS OF FACT

The Franklin Lode Mining Claim is an area of approximately 7.576 acres located in the Aspen Ranger District of the White River National Forest, approximately ten miles east of Woody Creek, Colorado and approximately one mile north of the historic mining town of Lenado.

The Franklin Lode Mining Claim has been dedicated as public use land since 1994, first as Pitkin County Open Space and then as part of the United States White River National Forest.

The Franklin Lode Mining Claim is owned by the United States.

The Franklin Lode Mining Claim is located within the White River National Forest in the State and District of Colorado.

The Franklin Lode Mining Claim is on lands administered by the United States Department of Agriculture, United States Forest Service.

On or about April 15, 2008 Defendant James M. Keating used and occupied the land known as the Franklin Lode Mining Claim, within the White River National Forest, as a site for his cabin and for storage of personal property including a motor vehicle.

On or about April 15, 2008 Defendant James M. Keating had no special use permit or authorization from the United States Forest Service to maintain a cabin or other personal property on the lands administered by the United States Forest Service known as the Franklin Lode Mining Claim.

The Silver Creek Drainage of the White River National Forest is located within the State and District of Colorado.

The Silver Creek Drainage of the White River National Forest is within the lands administered by the United States Department of Agriculture, United States Forest Service.

On or about April 15, 2008 Defendant James M. Keating stored snowmobiles, construction equipment and other personal property at the Silver Creek Drainage of the White River National Forest.

On or about April 15, 2008 Defendant James M. Keating had no special use permit or

authorization from the United States Forest Service to store snowmobiles, construction equipment or other personal property at the Silver Creek Drainage of the White River National Forest.

**CONCLUSIONS**

Count One

Defendant James M. Keating, on or about April 15, 2008, in the State and District of Colorado, upon lands administered by the United States Department of Agriculture, United States Forest Service, specifically the Franklin Lode Mining Claim located in the White River National Forest, did use and occupy National Forest System land as a site for a cabin and storage of other personal property, including a motor vehicle, without a special use permit or authorization, thereby violating Title 36, Code of Federal Regulations, Section 261.10(k).

Count Two

Defendant James M. Keating, on or about April 15, 2008, in the State and District of Colorado, upon lands administered by the United States Department of Agriculture, United States Forest Service, specifically the Silver Creek Drainage of the White River National Forest, did use National Forest System land for the purposes of storing snowmobiles, construction materials and other personal property, without a special use permit or authorization, thereby violating Title 36, Code of Federal Regulations, Section 261.10(k).

**ORDER**

I find Defendant James M. Keating GUILTY of Counts 1 and 2 of the Superseding Information filed with the United States District Court for the District of Colorado on September 11, 2008.

Sentencing is set for October 15, 2008 at 11:00 AM.

Dated this 24th day of September, 2008.

BY THE COURT:

s/ Gudrun J. Rice
_____
Gudrun J. Rice
United States Magistrate Judge

**Certificate of Mailing**

     I hereby certify that on September 24, 2008, a true and correct copy of the foregoing Order was placed in the U. S. Mail, postage prepaid, or hand delivered, as indicated, to the following:

| | |
|---|---|
| Wyatt Angelo | James M. Keating |
| Dondi Osborne | P.O. Box 776373 |
| Assistant United States Attorneys | Steamboat Springs, CO 80477 |
| 402 Rood Avenue, Suite 220 | |
| Grand Junction, CO 81502 | |
| | |
| *Hand Delivered* | *U.S. Mail* |

                                                 **s/ Michaelea K. Spolar**
                            **By:** _____
                                         **Assistant to Magistrate Judge**